UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA                    JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-07671-WDK | Date | October 29, 2008 |
|---|---|---|---|
| Title | Garden City Boxing Club, Inc. V. Mariposa Zambrano | | |

| Present: The Honorable | William D. Keller, United States District Court Judge | |
|---|---|---|
| Patricia Gomez | none | none |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

**Proceedings:**     ORDER DISMISSING CASE

     On September 30, 2008, the Court issued to Plaintiff an Order to Show Cause re Dismissal for Lack of Prosecution.  Plaintiff was to respond by October 14, 2008.  Plaintiff did not respond.  Plaintiff's failure to comply with the Court's Orders is unacceptable.  Plaintiff's action is DISMISSED.

:

Initials of Preparer     PG